**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARCUS AARON MALEY,**
**ADC #144160**                                                                                    **PLAINTIFF**

**v.**                                                    **1:09-CV-00056-WRW**

**J. MAPLES, Warden of Scott Grimes**
**Unit, Arkansas Department of Corrections**                                      **DEFENDANTS**

**ORDER**

Plaintiff's Motion to Compel Defendants (Doc. No. 7) to provide him with a list of all

mental health staff members who were employed from June 17, 2009, to present is DENIED.

IT IS SO ORDERED this 24th day of November, 2009.


                                                            /s/ Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE