# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARCUS AARON MALEY,**
**ADC #144160**                                                                                                **PLAINTIFF**

v.                                          1:09-CV-00056-WRW

**J. MAPLES, Warden of Scott Grimes**
**Unit, Arkansas Department of Corrections**                                               **DEFENDANTS**

## ORDER

Plaintiff's Motion for Voluntary Dismissal (Doc. No. 10) is GRANTED. Accordingly, this CASE is DISMISSED.

IT IS SO ORDERED this 2nd day of December, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE